

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Kelly Alexander Lewis,        * From the 385th District Court
            of Midland County
            Trial Court No. CR44643.

Vs. No. 11-16-00336-CR       * November 15, 2018

The State of Texas,           * Memorandum Opinion by Wright, S.C.J.
            (Panel consists of: Bailey, C.J.;
            Gray, C.J., sitting by assignment; and
            Wright, S.C.J., sitting by assignment)
            (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.